LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

May 29, 2025

Clerk, United States Bankruptcy Court
400 W. Washington Street
Suite 5100
Orlando, FL 32801

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Erinson R. Hernandez |
| Case Number | 25-03109 |
| Chapter | 13 |
| Secured Creditor | U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 |
| Loan Number | XXXXXX3063 |
| Property Address | 217 SOUTHBRIDGE CIR, St. Cloud, FL 34744 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Reka Beane*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com
Attorney Bar No: 52919

NOA