UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ERINSON R HERNANDEZ,   Case No.:  6:25-bk-03109-GER
                       Chapter:  13
    Debtor.

_____/

**OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN**

U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6 ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Chapter 13 Plan [Doc. 19] (the "Plan") and in support thereof states:

1. <u>Debtor's Bankruptcy Case:</u>  This case was commenced by the filing of a voluntary Chapter 13 petition on May 23, 2025 by Erinson R Hernandez (the "Debtor").

2. <u>Collateral:</u>  Secured Creditor holds a mortgage lien against the Debtor's real property located at 217 Southbridge Cir, Kissimmee, FL 34744 (the "Property").

3. <u>Secured Creditor's Claim:</u>  Secured Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline.  According to preliminary figures, the pre-petition arrearage is $288,864.89.

4. <u>Prior Bankruptcies:</u>  This Chapter 13 case was filed on May 23, 2025. Debtor filed a prior case, 15-02502 on March 24, 2015, which was dismissed on April 8, 2025, for Debtor's failure to file information. Debtor filed a second prior case, 21-01774 on April 19,

2021, which dismissed for failure to file information on March 31, 2022. Debtor filed a third prior case, 24-00394 on January 29, 2024, which dismissed for other reason on September 5, 2024. These repeat filings, along with others, evidence bad faith, the inability of Debtor to complete a Chapter 13 Bankruptcy and warrant denial of confirmation. Secured Creditor intends to seek a two-year bar pursuant to Bankruptcy Code § 362(d)(4).

    5.    <u>No stay:</u>  Additionally, the Debtor has failed to extend the automatic stay. Secured Creditor objects to being treated inside the Plan on the basis that the automatic stay is not in effect a

    6.    <u>Plan Treatment:</u>    The Debtor is seeking to avoid the lien of Secured Creditor.

    7.    <u>Objection:</u>  Secured Creditor objects to the non-standard provision in the Plan, any avoidance of its lien as the Property is the Debtor's principal residence. Secured Creditor does not consent to the treatment of its claim as proposed by the Debtor's Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

    8.    <u>Attorney's Fees and Costs:</u>    Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

    9.    <u>Supplement/Amend:</u>  Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

    WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtor's Chapter 13 Plan, unless such Plan is amended to overcome the

objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

                                                  McCalla Raymer Leibert Pierce, LLP

By:         */s/Reka  Beane*
                Reka  Beane
                Florida Bar No. 52919
                Attorney for Creditor
                110 S.E. 6th Street, Suite 2400
                Ft. Lauderdale, FL 33301
                Phone: 954-332-9370
                Email: Reka.Beane@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on 07/09/2025 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Erinson R Hernandez, 217 Southbridge Circle, Kissimmee, FL 34744.

By:    /s/Reka Beane
       Reka Beane

- Erinson R. Hernandez
  217 Southbridge Circle
  Kissimmee, FL 34744
- Laurie K. Weatherford     info@c13orl.com
- United States Trustee – ORL7/13     USTP.Region21.OR.ECF@usdoj.gov