UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ERINSON R. HERNANDEZ,

Debtor.

FILED

SEP 22 2025

Clerk, U.S. Bankruptcy,
Orlando Division

Case No. 6:25-bk-03109-GER
Chapter 13

_____/

## MOTION FOR STAY PENDING APPEAL

COMES NOW, Erinson R. Hernandez ("Debtor"), pro se, pursuant to Federal Rule of Bankruptcy Procedure 8007, and respectfully moves this Court for entry of an order staying enforcement of the Court's Order entered on September 12, 2025 (Doc. No. 32), pending resolution of Debtor's appeal, and in support states as follows:

1. On September 12, 2025, this Court entered an Order granting Movant relief from the automatic stay, terminating the co-debtor stay, imposing a two-year bar of prospective relief under 11 U.S.C. § 362(d)(4), and overruling Debtor's objection to claim.

2. On September 22, 2025, Debtor filed a Notice of Appeal seeking review of said Order in the United States District Court for the Middle District of Florida, Orlando Division.

3. A stay pending appeal is warranted under established precedent because:
   a. Debtor is likely to succeed on the merits of the appeal, as the Court committed clear legal error in granting a two-year prospective bar without specific findings of bad faith,

misapplied § 362(c)(3), and improperly accepted Movant's standing without production of the original note.

b. Absent a stay, Debtor will suffer irreparable harm by the immediate continuation of foreclosure proceedings against Debtor's homestead, which cannot be remedied if the property is lost prior to appellate review.

c. The balance of equities weighs heavily in favor of Debtor, as Movant is adequately protected by the property's value and Debtor's proposed plan payments.

d. The public interest favors preserving homeownership and ensuring due process in bankruptcy proceedings.

4. Accordingly, Debtor requests that the Court stay enforcement of its September 12, 2025 Order, including any foreclosure proceedings, pending resolution of Debtor's appeal.

WHEREFORE, Debtor respectfully requests that this Court grant this Motion for Stay Pending Appeal and enter an order staying enforcement of the September 12, 2025 Order until final resolution of the appeal, together with such other relief as the Court deems just and proper.

Dated: September 22, 2025

Respectfully submitted,

/s/ Erinson Hernandez
Erinson R. Hernandez
Debtor, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of September, 2025, a true and correct copy of the foregoing [Notice of Appeal / Motion for Reconsideration / Motion for Stay Pending Appeal] was served by either electronic filing via CM/ECF to all parties receiving electronic notice, or by U.S. Mail, postage prepaid, to the following:

Attorney for Movant:
Reka Beane, Esq.
McCalla Raymer Leibert Pierce
1544 Old Alabama Rd.
Roswell, GA 30076

United States Trustee
Office of the U.S. Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Chapter 13 Trustee:
Laurie K. Weatherford
Post Office Box 3450

Respectfully submitted,

*/s/ Erinson R. Hernandez*

Erinson R. Hernandez
Debtor, Pro Se
217 Southbridge Circle
Kissimmee, FL 34744
Phone: (407) 319-1482
Email: Erinson26@hotmail.com