UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ERINSON R. HERNANDEZ,

Debtor.

Case No. 6:25-bk-03109-GER
Chapter 13

_____/

FILED

SEP 22 2025

Clerk, U.S. Bankruptcy,
Orlando Division

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Erinson R. Hernandez, Debtor and party in interest, hereby appeals to the United States District Court for the Middle District of Florida, Orlando Division, from the Order entered on September 12, 2025 (Doc. No. 32), titled "Order (1) Granting in Part Motion for Order to Confirm No Automatic Stay and Two-Year Bar of Prospective Stay Relief as to Real Property and Terminating the Co-Debtor Stay and (2) Overruling Objection to Claim No. 2."

The Debtor seeks review and reversal of said Order on the grounds that the Bankruptcy Court erred in law and fact by: (i) granting stay relief without requiring sufficient proof of standing; (ii) imposing an excessive two-year prospective bar under 11 U.S.C. § 362(d)(4) without specific findings of bad faith or fraud; (iii) misinterpreting 11 U.S.C. §

362(c)(3); and (iv) eliminating the 14-day stay provided under Bankruptcy Rule 4001(a)(4), depriving Debtor of due process.

Dated: September 22 2025

Respectfully submitted,

*[signature]*

Erinson R. Hernandez
Debtor, Pro Se

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of September, 2025, a true and correct copy of the foregoing [Notice of Appeal / Motion for Reconsideration / Motion for Stay Pending Appeal] was served by either electronic filing via CM/ECF to all parties receiving electronic notice, or by U.S. Mail, postage prepaid, to the following:

Attorney for Movant:
Reka Beane, Esq.
McCalla Raymer Leibert Pierce
1544 Old Alabama Rd.
Roswell, GA 30076


United States Trustee
Office of the U.S. Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Chapter 13 Trustee:
Laurie K. Weatherford
Post Office Box 3450