**ORDERED.**

**Dated: October 02, 2025**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                                          )
                                               )
Erinson R. Hernandez,                          )          Case No. 6:25-bk-03109-GER
                                               )          Chapter 13
        Debtor.                                )
_____               )

## ORDER CONDITIONALLY DISMISSING APPEAL

THIS CASE came before the Court upon the *Notice of Appeal* (the "Notice of Appeal") (Doc. No. 36) filed by Debtor Erinson R. Hernandez ("Mr. Hernandez"). On September 12, 2025, the Court entered the *Order (1) Granting in Part Motion for Order to Confirm No Automatic Stay and Two-Year Bar of Prospective Stay Relief as to Real Property and Terminating the Co-Debtor Stay and (2) Overruling Objection to Claim No. 2* (the "Stay Relief Order") (Doc. No. 32). On September 22, 2025, along with the Notice of Appeal of the Stay Relief Order, Mr. Hernandez filed the *Motion for Reconsideration of Order Entered September 12, 2025* (the "Motion for Reconsideration") (Doc. No. 34) and the *Motion for Stay Pending Appeal* (the "Motion for Stay Pending Appeal") (Doc. No. 35).

While Mr. Hernandez filed the Notice of Appeal on September 22, 2025, Mr. Hernandez has not paid the filing fee required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C) and 28 U.S.C. § 1930(c). Pursuant to the District Court's *Amended General Order Establishing*

*Protocols for Processing Bankruptcy Appeals*,[1] this Court may dismiss an appeal for certain deficiencies including, but not limited to, failure to timely pay the filing fee. The Court will therefore conditionally dismiss the Notice of Appeal. The Court, by separate order entered contemporaneously with this Order, is denying the Motion for Reconsideration. The Court will address the Motion for Stay Pending Appeal if Mr. Hernandez timely pays the filing fee. Accordingly, it is

   **ORDERED:**

   1.   No later than **October 16, 2025**, Mr. Hernandez shall pay the Clerk the sum of $298.00, as representing the filing fee required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C), 28 U.S.C. § 1930(c), and the Bankruptcy Court Miscellaneous Fee ¶ 14. Mr. Hernandez must pay the filing fee, in the form of cashier's check or money order only, made payable to Clerk, U.S. Bankruptcy Court and delivered to or received by mail addressed to:

   Clerk, U.S. Bankruptcy Court
   George C. Young Federal Courthouse
   400 West Washington Street Suite 5100
   Orlando, FL 32801

   2.   If Mr. Hernandez fails to comply with paragraph 1, then this appeal will be deemed dismissed without further court order.

   3.   If Mr. Hernandez complies with paragraph 1, the Court shall enter an order related to the Motion for Stay Pending Appeal (Doc. No. 35) and the Clerk is directed to process and transmit the appeal to the District Court when appropriate.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

---

[1] *In re Administrative Orders of the Chief Judge*, No. 3:21-mc-1-TJC (M.D. Fla. Oct. 29, 2024), flmd-amended-general-order-establishing-protocols-for-processing-bankruptcy-appeals-3-21-mc-1-tjc.pdf.