**ORDERED.**

**Dated: February 05, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ERINSON R. HERNANDEZ,                    Case No. 6:25-bk-03109-GER
                                          Chapter 13

      Debtor.

_____/

## ORDER DISMISSING CASE

THIS CASE came on for a Confirmation Hearing on February 4, 2026 at 10:15 a.m.  Also scheduled for hearing at this same date and time was the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (the "Motion to Dismiss") (Doc. No. 60) and the Debtor's Response to the Trustee's Motion to Dismiss (Doc. No. 62).  The Court, after having heard argument and being otherwise fully informed in the premises, finds that, because the Debtor is not current in plan payments and the Debtor's Chapter 13 Plan is not feasible by not providing for the cure and reinstatement of the Mortgage claim, the Debtor's Chapter 13 Plan cannot be confirmed, the Motion to Dismiss has merit and should be granted, and this case should be dismissed. Accordingly, it is

    **ORDERED:**

    1.     The Motion to Dismiss (Doc. No. 60) is **GRANTED**.

2.      This case is dismissed.

3.      The automatic stay imposed by 11 U.S.C. § 362 is terminated.

4.      Pursuant to the provisions of 11 U.S.C. §§ 105(a) and 109(g), the Debtor is not enjoined from filing for relief under Title 11 of the United States Code.

5.      All pending motions are denied as moot.

6.      All pending hearings are cancelled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the entry of this Order or on an Order to Show Cause over which the Court reserves jurisdiction.

7.      Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as trustee.

8.      Debtor, the Trustee, or any party in interest may, within 14 days of the entry of this Order file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

9.      The Court reserves jurisdiction to determine timely filed applications for administrative expenses.

# # #

Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three (3) days of the entry of this order.