UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

ERINSON R HERNANDEZ

CASE NO: 6:25-bk-03109-GER

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 67

---

On 2/9/2026, I did cause a copy of the following documents, described below,

ORDER DISMISSING CASE ECF Docket Reference No. 67

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/9/2026

/s/ Laurie K. Weatherford +
Laurie K. Weatherford +

Office of the Standing Chapter 13 Trustee
PO Box 3450
Winter Park, FL 32790
407-648-8841
rebeccag@c13orl.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

ERINSON R HERNANDEZ

CASE NO: 6:25-bk-03109-GER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 67

On 2/9/2026, a copy of the following documents, described below,

ORDER DISMISSING CASE ECF Docket Reference No. 67

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/9/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Laurie K. Weatherford +
Office of the Standing Chapter 13 Trustee
PO Box 3450
Winter Park, FL  32790

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 625-BK-03109-GER
MIDDLE DISTRICT OF FLORIDA
MON FEB 9 9-48-44 PST 2026

EXCLUDE

(U)US BANK NATIONAL ASSOCIATION

EXCLUDE

(U)US BANK NATIONAL ASSOCIATION  AS TRUSTEE

US BANK NATIONAL ASSOCIATION  AS TRUSTEE
CO MCCALLA RAYMER LEIBERT PIERCE  LLP
BANKRUPTCY DEPARTMENT
110 SE 6TH STREET  SUITE 2400
FT LAUDERDALE  FL 33301 UNITED STATES 33301-5056

EXCLUDE

UNITED STATES TRUSTEE  ORL713 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET  SUITE 1100
ORLANDO  FL 32801 2210

AURORA FIANACIAL SERVICE
2010 CORPORATE RIDGE ROAD
SUITE 420
MCLEAN VA 22102-7838

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

OSCEOLA COUNTY TAX COLLECTOR
POST OFFICE BOX 422105
KISSIMMEE FL 34742-2105

(P)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

US BANK NATIONAL ASSOCIATION ET AL
NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS TX 75261-9096

DEBTOR

ERINSON R HERNANDEZ
217 SOUTHBRIDGE CIRCLE
KISSIMMEE  FL 34744-8458

EXCLUDE

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK  FL 32790 3450